NO. 12-08-00382-CR


NO. 12-08-00383-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DAVID LANCELOT JENKINS, JR.,
§
 APPEAL FROM THE 402ND

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 WOOD COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a pro se motion to dismiss these appeals. No decision having been
delivered by this court, the motion is granted, and the appeals are dismissed in accordance with
Texas Rule of Appellate Procedure 42.2.

Opinion delivered May 29, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.








(DO NOT PUBLISH)